UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | ED CV 21-01434-DMG (DFM) | Date: | August 25, 2022 |
|---|---|---|---|
| Title | Terrence A. Hawkins v. Monique Rene Urteaga | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On June 24, 2022, the Court granted Plaintiff's request for leave to file an amended complaint in this action. See Dkt. 13 at 1. Accordingly, the Court ordered Plaintiff to file an amended complaint within 28 days, i.e., by July 22, 2022. See id.

The time for Plaintiff to file an amended complaint has now expired. Plaintiff has neither filed an amended complaint nor sought an extension of time to do so. His inaction represents a failure to prosecute.

Accordingly, within **twenty-one (21) days** of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff may also discharge this order by filing an amended complaint. **Plaintiff is expressly warned that if he fails to file a timely response to this order, the Court will recommend that this case be dismissed.**